**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

JON ACIEGO, and
ELIZABETH ACIEGO,

Plaintiffs,

Case No. 3:26-cv-2383-MMH-PDB

v.

ZEPHYR INTERNATIONAL, LLC,

Defendant.
_____________________________________/

**O R D E R**

**THIS CAUSE** is before the Court on Plaintiffs Elizabeth Aciego and Jon Aciego's Motion to Remand (Doc. 21; Motion), filed on October 29, 2026. Upon review, it appears that Plaintiffs have failed to provide certification under Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)), confirming that Plaintiffs' counsel has conferred with opposing counsel in a good faith effort to resolve the issues raised by the Motion and advising the Court whether counsel agrees to the relief requested. Therefore, the Court will direct Plaintiffs to file a supplement (1) certifying that Plaintiffs' counsel has conferred with opposing counsel, and (2) indicating whether counsel agree on the resolution of the Motion, as Local Rule 3.01(g) requires.

Accordingly, it is **ORDERED**:

Plaintiffs are **DIRECTED** to file a supplement by **November 10, 2026,** certifying that Plaintiffs' counsel has conferred with opposing counsel and indicating whether counsel agree on the resolution of the Motion to Remand (Doc. 21).

**DONE AND ORDERED** in Jacksonville, Florida, on this 3rd day of November, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

lc37

Copies to:

Counsel of Record